

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00004-CV
_____

TRACY BIRCHER, Appellant

V.

MANAGEMENT TRAINING CORPORATION,
A CORPORATION, MS. FLANNAGAN, PAROLE OFFICER,
MR. TIMOTHY SCHOMP, PAROLE HEARING OFFICER, AND
DR. JOHNSON, DENTIST, Appellees

On Appeal from the 4th Judicial District Court
Rusk County, Texas
Trial Court No. 2008-293

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

This is an appeal filed pro se by Tracy Bircher from the trial court's order dismissing his cause of action against defendant Management Training Corporation.

The order entered in this appeal, however, does not dispose of defendants Ms. Rachel Flannagan, Mr. Timothy Schomp, or Dr. Johnson.

The general rule is that a final and appealable judgment must determine the entire controversy, disposing of all the parties and issues in a case. *N. E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966); *Wagner v. Warnasch*, 156 Tex. 334, 295 S.W.2d 890, 892 (1956).

Because the trial court's order dismissing this suit did not dispose of all defendants, it is not final, and this is an interlocutory appeal from a nonappealable judgment. Accordingly, Bircher's appeal is dismissed for want of jurisdiction.


Bailey C. Moseley
Justice

Date Submitted:     January 22, 2009
Date Decided:       January 23, 2009

2